UNITED HOISTING CO., INC., v. GEORGE S. DASO, Impleaded with EDWARD A. WHITE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

D. A. SCHULTE, INC., v. BENJAMIN SCHWARTZ and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AUGUSTUS S. EMMET v. WALL STREET DEVELOPMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATIONAL HOUSE CLEANING CONTRACTORS, INC., v. STEVE BOBALUC, Individually and as President, and ABRAHAM ROSENBLATT, Individually and as Secretary and Treasurer of Window Cleaners Protective Union, Local No. 2, Affiliated with Building Service Employees International Union of The American Federation of Labor.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

REGINA GREBELSKY v. JACK GREBELSKY, Impleaded with CORN EXCHANGE BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Townley and Glennon, JJ.

In the Matter of the Application of ANNA GRAF for Payment of Her Mortgage from the Payment of Award Made for Damage Parcel No. 120 on the Damage Map and in the Final Decree of the Supreme Court, etc.— Motion granted and order resettled so as to modify the order appealed from by directing that the comptroller of the city of New York pay to Anna Graf the sum of $68,500, with interest thereon at six per cent from August 9, 1929, for such period as interest has been allowed by the city. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Application of DAVID KRAUS, Respondent, for a Mandamus Order against JOHN H. DELANEY and Others, Constituting the Board of Transportation of the City of New York, Appellants.— Order modified by striking out the provision directing the payment of back salary, and as so modified affirmed, without costs. (See Matter of Barmonde v. Kaplan, 266 N. Y. 214.) Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOHN HORN, Respondent, for an Order of Mandamus against GEORGE J. GILLESPIE, President, and Others, Commissioners, Constituting the Board of Water Supply of the City of New York, and Others, Appellant.*— Order modified by eliminating therefrom those provisions which pertain to back salary, and as so modified affirmed, without costs. (See Matter of Barmonde v. Kaplan, 266 N. Y. 214.) Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SANDER PARTEGAS, Respondent, for a Peremptory Order of Mandamus against WILLIAM FELLOWS MORGAN, JR., as Commissioner of Public Markets, Weights and Measures of the City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. (See Matter of Barmonde v. Kaplan, 266 N. Y. 214.) Present — Martin, P. J., O'Malley, Townley and Untermyer, JJ.

* Affd., 267 N. Y. 333.